THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com

Attorneys for Hansaben Investments, LLC,
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HANSABEN INVESTMENTS, LLC<br>a California Limited Liability Company<br><br>   Debtor in Possession. | CASE NO.: 22-30258 (Lead)<br>Jointly Administered<br><br>Chapter 11 |
| In re:<br><br>PRITHVI INVESTMENTS, LLC<br>a California Limited Liability Company<br><br>   Debtor. | CASE NO.: 22-30259 |
| In re:<br><br>RUDRA INVESTMENTS, LLC<br><br>   Debtor and Debtor in Possession.<br><br>☐ Affects All Three Debtors in Possession<br>x  Affects Hansaben Investments, LLC Only<br>☐ Affects Prithvi Investments, LLC Only<br>☐ Affects Rudra Investments, LLC Only | CASE NO.: 22-30275<br><br>DATE: December 16, 2022<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Dennis Montali<br><br>LOCATION: Via Tele/Videoconference,<br>www.canb.uscourts.gov/calendars |

**DEBTOR IN POSSESSION'S CASE HEARING STATUS REPORT FOR MATTERS ON THE DECEMBER 16, 2022 COURT CALENDER IN THE HANSABEN INVESTMENTS LLC CASE**

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

Hansaben Investments, LLC ("Hansaben LLC" or "Debtor in Possession") in the above-referenced case hereby respectfully informs the Court that it has elected not to file a Chapter 11 Plan at this time and withdraws its opposition to Poppy Bank's Disclosure Statement to the extent it is amended as discussed at the last Court hearing. It reserves all rights with respect to Plan confirmation issues.

With respect to the cash collateral motion, attached as Exhibit 1 is the proposed next cash collateral budget, which was forwarded to Poppy Bank on Monday, December 5, 2022. The Debtor in Possession has received no comments on this proposed budget.

Date: December 12, 2022
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP

By: */s/ Thomas A. Willoughby*
Thomas A. Willoughby
Attorneys for Debtor in Possession Hansaben Investments, LLC

**Proposed Exhibit 1 Cash Collateral Budget**

Hansaben Investments LLC
Monthly Budgets from
October 2022 through February 2023

| | BBF | Forecast Month Ending 10/31/22 | Forecast Month Ending 11/30/22 | Forecast Month Ending 12/31/22 | Forecast Month Ending 1/31/23 | Forecast Month Ending 2/28/23 |
|---|---|---|---|---|---|---|
| **Assumptions:** | | | | | | |
| Total Rooms in Hotel available/night | | 57 | 60 | 60 | 60 | 60 |
| Days available | | 31 | 30 | 31 | 31 | 28 |
| Rooms Available in Hotel (rooms x days) | | 1767 | 2040 | 1860 | 1860 | 1680 |
| Expected Occupancy % | | 75% | 75% | 65% | 50% | 55% |
| # of Rooms rented (Total rooms available x occupancy %) | | 1325 | 1530 | 1209 | 930 | 924 |
| Average Price per Room/night | | 110 | 100 | 100 | 85 | 85 |
| **Total Cash Receipts** | | $ 145,778 | $ 153,000 | $ 120,900 | $ 79,050 | $ 78,540 |
| **Cash Disbursements** | | | | | | |
| **Payroll & related** | | | | | | |
| Wages & Taxes | | 6,820 | 25,000 | 25,000 | 25,000 | 25,000 |
| Workers Compensation | | - | - | 15,128 | - | - |
| Payroll Processing Expense | | 700 | 300 | 300 | 300 | 300 |
| Total Payroll & Related | | 7,520 | 25,300 | 40,428 | 25,300 | 25,300 |
| **Operation Disbursements** | | | | | | |
| General Operations | | 11,450 | 18,000 | 18,000 | 18,000 | 18,000 |
| Maintenance/Alarm/Permits | | 1,965 | 8,000 | 8,000 | 8,000 | 8,000 |
| Trash & Recycling Services/Water | | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Cable/Satellite/Phones | | 2,089 | 4,000 | 4,000 | 4,000 | 4,000 |
| Energy/Utilities/PG&E | | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Marketing | | 500 | 500 | 500 | 500 | 500 |
| Travel Agent Commissions | | 6,500 | - | - | - | - |
| Franchise Fees 9% | | | | 73,000 | 7,115 | 7,069 |
| TOT | | 40,379 | 18,360 | 14,508 | 9,486 | 9,425 |
| Bank Fees | | 90 | 90 | 90 | 90 | 90 |
| Merchant Fee | | 5,102 | 5,336 | 4,232 | 2,767 | 2,749 |
| Property Tax | | - | - | 35,000 | - | - |
| General Liability Insurance | | - | - | 19,691 | - | - |
| Computer Maintenance | | 200 | 200 | 200 | 200 | 200 |
| | | 76,475 | 62,686 | 185,420 | 58,357 | 58,232 |
| **Subtotal Operational Disbursements** | | $ 83,995 | $ 87,986 | $ 225,848 | $ 83,657 | $ 83,532 |
| **Financing & Professional Fees Disbursed:** | | | | | | |
| Poppy Bank Loan Proposed Adequate Protection Payment | | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| US Trustee Fees | | 650 | - | - | 650 | - |
| **Subtotal Financing & Professional Fees** | | $ 36,650 | $ 36,000 | $ 36,000 | $ 36,650 | $ 36,000 |
| **Total Cash Disbursements** | | $ 120,645 | $ 123,986 | $ 261,848 | $ 120,307 | $ 119,532 |
| **Net Cash Flow** | | $ 25,132 | $ 29,014 | $ (140,948) | $ (41,257) | $ (40,992) |
| **Cummulative Cash Flow*** | 397,085 | $ 422,217 | $ 451,231 | $ 310,283 | $ 269,026 | $ 228,033 |
| **Annual and Semi-Annual bills - accrued for large payments (disbursed)** | | | | | | |
| **RESERVE -** Debtor Attorneys | 60,000 | - | 20,000 | - | - | 20,000 |
| **RESERVE -** Debtor CPA | 15,000 | - | 10,000 | - | - | 10,000 |
| **RESERVE -** Plan Experts | 25,000 | - | - | - | - | - |
| **RESERVE -** for Replacement | 25,155 | 5,831 | 6,120 | 4,836 | 3,162 | 3,142 |
| **RESERVE -** Workers Compensation | 2,830 | - | 566 | (3,396) | 566 | 566 |
| **RESERVE -** Property Taxes | 29,165 | 5,833 | 5,833 | (35,000) | 5,833 | 5,833 |
| **RESERVE -** Insurance - Umbrella | 9,000 | - | 1,800 | (10,800) | 1,800 | 1,800 |
| Total Reserves | 166,150 | 11,664 | 44,319 | (44,360) | 11,362 | 41,341 |
| **Cash flow less reserves** | | 13,468 | (15,305) | (96,588) | (52,619) | (82,333) |
| **Cummulative Cash less reserves*** | $ 230,935 | $ 244,403 | $ 229,098 | $ 132,510 | $ 79,891 | $ (2,442) |

*Cummulative Cash BBF are from the Actual Cash Balances based on the Budget to Actual comparisons.

Note: Revenue from rooms is net from taxes and fees collected and pass to authorities.
Professional fees are not to be made without an order from court.